# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>        Plaintiff,<br><br>    v.<br><br>NELSON K. LEUNG,<br><br>        Defendant. | Case No. 18-cv-01745 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 9 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the settlement. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: August 6, 2018

                                                               Nathanael M. Cousins<br>                                                               United States Magistrate Judge